It is ORDERED that the cross-petition for certification is denied.

177 A.3d 118

IN RE PETITION FOR AUTHORIZATION TO CONDUCT A REFERENDUM ON THE WITHDRAWAL OF THE BOROUGH OF WOODCLIFF LAKE FROM THE PASCACK VALLEY REGIONAL SCHOOL DISTRICT. (BOROUGH OF HILLSDALE–PETITIONER)

C–394 September Term 2017
079924

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004084–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.